Case # RDB 17CV0774

Proof of service: United States Post Office acknowledgement

Defendant:

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 10 2017

BY   AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
               DEPUTY

James Mattis

Secretary for Department of Defense

1400 Defense Pentagon, Washington, D.C. 20301-1400

USPS Tracking #: 70160910000183546515

Jefferson Sessions

United States Attorney General, Department of Justice

950 Pennsylvania Ave, NW, Washington, DC 20530-0001

USPS Tracking #: 70160910000183546522

Rod Rosenstein

United States Attorney for the District of Maryland

36 S. Charles Street, 4th Floor

Baltimore, Maryland 21201

USPS Tracking #: 70160910000183957649

Toby R. Mackall
4-7-2017

Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 05, 2017 |

## USPS Tracking Intranet
### Delivery Signature and Address

**Tracking Number: 7016 0910 0001 8395 7649**

This item was delivered on 04/04/2017 at 12:00:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 12.5.0.0.5

Rod Rosenstein



Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE.

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    USPS Corporate Accounts    April 07, 2017

## USPS Tracking Intranet

### Delivery Signature and Address

 There is currently an issue when entering COD fee increments for Priority Mail Express COD within the Priority Mail Label Entry and Reporting page. Please note when entering a COD fee, there will be a discrepancy of $0.05 less than the actual fee amount expected to be entered. The issue is currently being investigated and will be corrected as soon as possible.

**Tracking Number:** 7016 0910 0001 8354 6515

**This item was delivered on 04/05/2017 at 11:38:00**

< Return to Tracking Number View

| Signature |  |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 12.5.0.0.5

James Mattis

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20301

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.03 |
| Total Postage and Fees | $10.33 |

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — ABERDEEN, MAR 31 2017, 0502

7016 0910 0001 8354 6515

Help

  UNITED STATES POSTAL SERVICE

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    USPS Corporate Accounts    April 07, 2017

### USPS Tracking Intranet
### Delivery Signature and Address

⚠ There is currently an issue when entering COD fee increments for Priority Mail Express COD within the Priority Mail Label Entry and Reporting page. Please note when entering a COD fee, there will be a discrepancy of $0.05 less than the actual fee amount expected to be entered. The issue is currently being investigated and will be corrected as soon as possible.

**Tracking Number:** 7016 0910 0001 8354 6522

**This item was delivered on 04/07/2017 at 08:41:00**

< Return to Tracking Number View



Signature / Address

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▾]    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 12.5.0.0.5



Jefferson Sessions